Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax: (973) 927-5252
Scott J. Goldstein (016472004)
*Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| In re<br><br>Pleasant Heights, Inc.<br><br>Chapter 11 Debtor | Case No. 26-<br><br>Chapter 11<br><br>Hon. Stacey L. Meisel |

**DECLARATION CONCERNING REQUIREMENTS UNDER 11 U.S.C. §1116**

CHARLOTTE COLLASO, of full age, declares as follows under penalty of perjury:

1. I am the president of PLEASANT HEIGHTS, INC., the debtor in this action.
2. Pursuant to 11 U.S.C. §1116, I hereby confirm that no cash flow statement has been prepared for the debtor at this time.
3. Pursuant to 11 U.S.C. §1116, I hereby confirm that no balance sheet has been prepared for the debtor at this time.
4. Pursuant to 11 U.S.C. §1116, I hereby confirm that no statement of operations has been prepared for the debtor at this time.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT. I UNDRSTAND THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

Dated: June 1, 2026

/s/Charlotte Collaso
CHARLOTTE COLLASO