UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scott J. Goldstein, Esq. (16472004)
Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West, Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
scott@wg-attorneys.com

In Re:

Pleasant Heights, Inc.,

Debtor.

**Chapter 11**

Case No.: 26-16246

Honorable Stacey L. Meisel

**NOTICE REGARDING TELEPHONIC §341(a) MEETING**

**PLEASE TAKE NOTICE** that the Chapter 11 §341(a) Creditors Meeting shall take place July 1, 2026 at 10:00 a.m. (EST) by conference call. Below please find the dial-in instructions:

**Dial-in Number: (267) 930-4000**
**Access Code: 029-346-039#**

YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

**LAW OFFICES OF WENARSKY & GOLDSTEIN, LLC**
Attorneys for Debtor

By: /s/ Scott J. Goldstein
Scott J. Goldstein, Esq.

Dated: 6/10/26